UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:06-00051 |
| ) | JUDGE CAMPBELL |
| ROBERT TUDOR ) | |

ORDER

Pending before the Court is Defendant Robert Tudor's Unopposed Motion To Release Deed Of Trust (Docket No. 179). Through the Motion, the Defendant requests that the Court exonerate surety Nora Tudor and release the property posted as security on the bond in this case. The Motion indicates that the Government has no objection to the request.

The Motion is GRANTED. Accordingly, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, surety Nora Tudor is exonerated and the property posted as security on the bond in this case is released.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE